EAGAN AVENATTI, LLP
MICHAEL J. AVENATTI, BAR NO. 206929
ALEXANDER L. CONTI, BAR NO. 155945
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
Telephone:   (949) 706-7000
Facsimile:   (949) 706-7050

Attorneys for STEVEN GOLDMAN

FILED
SEP 20 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>KHALIL, RAOUF ROSHDY<br><br><br><br>Debtor. | Case No.: 01:11-bk-16918-AA<br><br>Chapter 7<br><br>Adv. No.: 01:11-ap-01533-AA<br><br>**NOTICE OF REQUIREMENT OF COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1** |
| Steven Goldman,<br><br>            Plaintiff,<br>v.<br>Raouf Roshdy Khalil,<br><br>            Defendant. | STATUS CONFERENCE:<br><br>Date:   November 9, 2011<br>Time:   10:30 a.m.<br>Ctrm.:   303 |

NOTICE OF REQUIREMENT OF COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026.1

TO THE DEFENDANT AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Federal Rule of Bankruptcy Procedure Rule 7026 and Local Bankruptcy Rule 7026-1 apply to the above referenced adversary proceeding and, accordingly, each party to this lawsuit is required to comply with the provisions of Federal Rules of Bankruptcy Procedure Rule 7026 and Local Bankruptcy Rule 7026-1.

Dated: September 14, 2011         EAGAN AVENATTI, LLP

                                  By: _____
                                      MICHAEL J. AVENATTI
                                      ALEXANDER L. CONTI
                                      Attorneys for STEVEN GOLDMAN

---

NOTICE OF REQUIREMENT OF COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE
7026 AND LOCAL BANKRUPTCY RULE 7026.1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 450 Newport Center Drive, Second Floor, Newport Beach, CA 92660.

On September 14, 2011, I served the foregoing document described as: **NOTICE OF REQUIREMENT OF COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1** on the following person(s) in the manner indicated:

(See attached service list)

[X] (BY MAIL) I am familiar with the practice of Eagan Avenatti, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Eagan Avenatti, LLP, Newport Beach, California, following ordinary business practices.

[X] (BY FEDEX/OVERNITE EXPRESS) I am familiar with the practice of Eagan Avenatti, LLP for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by FEDEX/OVERNITE EXPRESS that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by FEDEX/OVERNITE EXPRESS with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by FEDEX/OVERNITE EXPRESS at Eagan Avenatti, LLP, Newport Beach, California, following ordinary business practices.

[ ] (BY FACSIMILE TRANSMISSION) On this date, at the time indicated on the transmittal sheet, attached hereto, I transmitted from a facsimile transmission machine, which telephone number is (949) 700-7050, the document described above and an unsigned copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ ] (BY ELECTRONIC MAIL) On this date, I caused a copy of said document to be transmitted via electronic mail to the e-mail addresses listed on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 14, 2011, at Newport Beach, California.

*Katherine Mosby*
Katherine L. Mosby

PROOF OF SERVICE

|   |   |   |
|---|---|---|
| 1 | Case No. 01:11-16918-AMA | |
| 2 | In re Khalil | |
| 3 | Susan I. Montgomery<br>Law Office of Susan I. Montgomery<br>1925 Century Park East, Suite 2000 | **By Overnite** |
| 4 | Los Angeles, CA 90067 | |
| 5 | David R. Hagen<br>Trustee | **By Overnite** |
| 6 | 6320 Canoga Avenue, Suite 1400<br>Woodland Hills, CA 91367 | |
| 7 | | |
| 8 | United States Trustee<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367 | **By Overnite** |
| 9 | | |
| 10 | American Honda Financial Services<br>6261 Katella Avenue #1A<br>Cypress, CA 90630 | **By Mail** |
| 11 | | |
| 12 | Blecher & Collins<br>515 S. Figueroa Street, Suite 1750<br>Los Angeles, CA 90071 | **By Mail** |
| 13 | | |
| 14 | Capital management Services, LP<br>726 Exchange Street, Suite 210<br>Ventura, CA 93003 | **By Mail** |
| 15 | | |
| 16 | Cathy Abernathy<br>Cathy Abernathy Consultants<br>11708 Buffington Street | **By Mail** |
| 17 | Bakersfield, CA 92213 | |
| 18 | Chase<br>P.O. Box 1093 | **By Mail** |
| 19 | Northridge, CA 91328 | |
| 20 | Hayden Ferry Lakeside, LLC<br>C/O/ Lewis E. Farberman – Sumitomo C | **By Mail** |
| 21 | 600 third Avenue<br>New York, NY 10016 | |
| 22 | | |
| 23 | Henri Becker DBP<br>3130 Vista Grande<br>Camarillo, CA 93012 | **By Mail** |
| 24 | | |
| 25 | Infiniti Financial Services<br>P.O. Box 78133<br>Phoenix, AZ 85062-8133 | **By Mail** |
| 26 | | |
| 27 | Julie McMahon Khalil<br>2933 Stafford Road<br>Thousand Oaks, CA 91361 | **By Mail** |
| 28 | | |

**PROOF OF SERVICE**

| | | |
|---|---|---|
| 1 | Mb Fin Svcs<br>36455 Corporate Dr.<br>Farmington Hills, MI 48331 | By Mail |
| 3 | Mercedes Finance Services<br>36455 Corporate Drive<br>Farmington Hills, MI 48331 | By Mail |
| 5 | Mobile Doctors 24/7 LLC<br>2933 Stafford Road<br>Thousand Oaks, CA 91361 | By Mail |
| 7 | Mounir Nabil Erian<br>C/O. Mobile Doctors International<br>1014 S. Westlake Blvd #14-212<br>Westlake Village, CA 91361 | By Mail |
| 9 | Narmar Azzam<br>C/O Mobile Doctors International<br>1014 S. Westlake Blvd #14-212<br>Westlake Village, CA 91361 | By Mail |
| 12 | Steve J. Goldman<br>29150 Cliffside Drive<br>Malibu, CA 90265 | By Mail |
| 14 | Ventura Law Group<br>Glenn Campbell Esq.<br>770 County Square Drive<br>Ventura, CA 93003 | By Mail |
| 17 | Wells Fargo Business D<br>P.O. Box 29482<br>Phoenix, AZ 85038 | By Mail |

PROOF OF SERVICE